(R.D. 11551)

TRANS WORLD INTERNATIONAL SERVICE CO. *v.* UNITED STATES

Entry No. 547204.

(Decided June 27, 1968)

*Siegel, Mandell & Davidson* for the plaintiff.
*Edwin L. Weisl, Jr.*, Assistant Attorney General, for the defendant.

WATSON, Judge: When this appeal was called for trial, the same was submitted without the introduction of any evidence.

Examination of the official papers fails to disclose anything to disturb the presumptively correct appraised value of the merchandise.

Accordingly, the appeal herein is overruled. Judgment will issue accordingly.